**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                 Telephone 212-349-0230

**By ECF**

December 1, 2022

The Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Nathaniel Fludd
      18 Cr. 41 (DLC)

Dear Judge Cote:

This letter is respectfully submitted to request that Mr. Fludd's sentencing, currently scheduled for December 9, 2022 at 11:00 a.m., be adjourned until 2:30 p.m., on that date. I have been advised by Your Honor's Chambers that 2:30 p.m. is a convenient time for Your Honor. I make this request to permit me to be able to attend a pretrial conference in United States v. Mayovanex Rodriguez, 22 Cr. 293 (JPO), a 16 defendant case, which had been scheduled at a time which conflicts with the 11:00 a.m. sentencing of Mr. Fludd.

Assistant United States Attorney Justin Rodriguez has informed me that he is available at 2:30 p.m. and that he consents to this request.

Thank you for considering this request.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc:   All counsel of record by ECF

*Granted.*
*/s/ Denise Cote*
*12/2/22*